IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CT-3126-D

| | |
|---|---|
| DANIELLE STAR MALDONADO-REYNOLDS | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** ) |
| NC DEPARTMENT OF PUBLIC SAFETY, et al., | ) ) ) ) |
| Defendants. | ) |

On January 3, 2017, Magistrate Judge Numbers issued a Memorandum and Recommendation ("M&R") [D.E. 20] and recommended that the court dismiss plaintiff's complaint. Neither party objected to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (emphasis, alteration, and quotation omitted); see 28 U.S.C. § 636(b). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond, 416 F.3d at 315 (quotation omitted).

The court has reviewed the M&R, the record, and the briefs. The court is satisfied that there is no clear error on the face of the record. Accordingly, the court adopts the conclusions in the M&R [D.E. 20]. Plaintiff's complaint is DISMISSED. The clerk shall close the case.

SO ORDERED. This 21 day of March 2017.

                                                JAMES C. DEVER III
                                                Chief United States District Judge